IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, | ) ) ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | |
| CHRISTIN MANKIN and CHRISTY HAYNES, INDIVIDUALLY AND AS NEXT FRIEND OF BROOKLYNN BLYCHEWOOD, a minor, and GLENN BLYCHEWOOD, a minor, | ) ) ) ) ) ) | CASE NO.: 2:23-cv-00096-LGW-BWC |
| Respondents. | ) ) | |

**ORDER GRANTING CONSENT MOTION TO OPEN DEFAULT OF RESPONDENT CHRISTY HAYNES, INDIVIDUALLY AND AS NEXT FRIEND OF BROOKLYNN BLYCHEWOOD, A MINOR, AND GLENN BLYCHEWOOD, A MINOR**

Petitioner Allstate Fire and Casualty Insurance Company ("Petitioner Allstate") and Respondent Christy Haynes, Individually and as Next Friend of Brooklynn Blychewood, a minor, and Glenn Blychewood, a minor, ("Respondent Haynes"), having moved this Court to open the default of Respondent Haynes, the motion is GRANTED.

The Court finds that there is good cause for the default of Respondent Haynes, if any, to be opened, and IT IS HEREBY ORDERED that the default of Respondent Haynes be opened.

Further, because Respondent Haynes's pending motion to dismiss is based solely on her having not been properly served with process, see dkt. no. 10, that motion is **DENIED as moot**.

**SO ORDERED** this __2__ day of January, 2024.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA